**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-cv-80119-ALTMAN**

**ANTHONY SIRIANI**, *et al.*,

*Plaintiffs*,

*v.*

**DAVID FEINGOLD**, *et al.*,

*Defendants.*
_______________________________________/

**ORDER**

On September 10, 2026, the Plaintiffs filed a Notice of Appeal [ECF No. 129], seeking interlocutory review of our August 14, 2026 Order Denying Emergency Motion for Preliminary Injunction [ECF No. 124]. "The filing of a notice of appeal generally 'confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal.'" *In re Mosley*, 494 F.3d 1320, 1328 (11th Cir. 2007) (quoting *Griggs v. Provident Consumer Disc. Co.*, 459 U.S. 56, 58 (1982)); *see also United States v. Diveroli*, 729 F.3d 1339, 1341 (11th Cir. 2013) ("When an appeal is filed, the district court is divested of jurisdiction to take any action with regard to the matter except in aid of the appeal." (cleaned up)). Since we now lack jurisdiction over this matter while the appeal remains pending, we hereby **ORDER and ADJUDGE** as follows:

1. All pending deadlines and hearings are **TERMINATED**.
2. The L3 Funds and Cardinale Defendants' Motion to Dismiss the Complaint [ECF No. 106] and the Non-L3 Defendants' Motion to Dismiss the Complaint [ECF No. 107] are both **DENIED without prejudice**.
3. The case shall remain **CLOSED**.

**DONE AND ORDERED** in the Southern District of Florida on September 13, 2026.

**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record